UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BERNADETTE DASHIELL,

                              Plaintiff,

-v-

THE NEW YORK TIMES COMPANY,

                             Defendant.

22 Civ. 1922 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

An initial pretrial conference in this matter was scheduled for October 27, 2022, at 4:30 p.m. Dkt. 12. Due to an unavoidable conflict with the Court's schedule, that conference is adjourned to **November 2, 2022, at 4:30 p.m.** In light of the public health situation, this conference will remain a telephonic conference. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

SO ORDERED.

                                                              *Paul A. Engelmayer*
                                                           PAUL A. ENGELMAYER
                                                           United States District Judge

Dated: October 27, 2022
       New York, New York