UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERNADETTE DASHIELL,

                     Plaintiff,

      -v-

THE NEW YORK TIMES COMPANY,

                     Defendant.

CIVIL ACTION NO.: 22 Civ. 1922 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

      This action has been referred to the undersigned for Settlement.   (ECF No. 16). Accordingly, the parties shall promptly meet and confer and, by **November 10, 2022**, file a joint letter (i) proposing three (3) dates during the weeks of February 6, February 13, and February 27, 2023 when all parties are available for a settlement conference and (ii) indicating the parties' preferred format for the settlement conference (i.e., in person or videoconference).

Dated:     New York, New York
            November 4, 2022

                              SO ORDERED.

                              SARAH L. CAVE
                              **United States Magistrate Judge**